**Linda M. ELLIS, d.b.a Linda's Lyrics,**
**Plaintiff–Appellant,**

**v.**

**Eric J. ARONSON, Dash Systems,**
**Inc., Defendants–Appellees.**

No. 05–13347
Non–Argument Calendar.
D.C. Docket No. 03–03086–CV–RWS–1.

United States Court of Appeals,
Eleventh Circuit.

Dec. 6, 2005.

Conrad M. Shumadine, Brett Alexander Spain, Gary Alvin Bryant, Willcox & Savage, P.C., Norfolk, VA, for Plaintiff–Appellant.

Michael B. Butler, Law Offices of Michael B. Butler, P.C., Decatur, GA, for Defendants–Appellees.

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

We find no merit in this appeal. The judgment of the district court is therefore

AFFIRMED.